HARRY MARX et al., Respondents, *v.* THE PENNSYLVANIA FIRE
INSURANCE CO. OF PHILADELPHIA, and Four Other Actions
Against Different Defendants, Appellants.

APPEAL from an order of the Special Term, granting plaintiffs'
application for an inspection of depositions.

Cardozo & Nathan (Edgar J. Nathan, of counsel), for appel-
lants.

Mitchell L. Erlanger, for respondents.

*Per Curiam.*   Reargument ordered at January General Term.

Present: McCARTHY and OLCOTT, JJ.

Reargument ordered.

---

BENJAMIN F. WATKINS, Respondent, *v.* AUGUSTUS W. PETERS,
Appellant.

APPEAL from order of the Special Term granting leave to serve
an amended answer upon terms.

J. W. and C. W. Ridgway (C. W. Ridgway, of counsel), for
appellant.

Harrison & Byrd (R. W. B. Elliott and Robert L. Harrison, of
counsel), for respondent.

*Per Curiam.*   Order appealed from affirmed, with costs.

Present: McCARTHY and O'DWYER, JJ.

Order affirmed, with costs.